IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:21-cv-00100-M

| | | |
|---|---|---|
| TY ALI BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SGT. G.K. FINNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on Plaintiff's *pro se* "Consideration of Dismissal" [DE 12] filed March 31, 2022. The court construes this filing as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Under Rule 41(a)(1), an action may be voluntarily dismissed by a plaintiff without order of the court at any time before service by the adverse party of an answer or a motion for summary judgment. Defendants have made no such filings. Accordingly, the action is DISMISSED WITHOUT PREJUDICE. The clerk of court is DIRECTED to close the case.

SO ORDERED this 21st day of April, 2022.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE